1056

No. 92–5885. DELGADO-PERU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5887. BETANCOURT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5894. PONCHO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5898. BRANSON *v.* CARMOUCHE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5910. ANTONELLI *v.* TRUE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5965. REDDICK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6010. JOHNSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–6025. DECKARD *v.* OHIO. Ct. App. Ohio, Seneca County. Certiorari denied.

No. 92–6058. RILEY *v.* SPENCER ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6077. PROVOST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6089. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6092. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6093. BOBADILLA-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6105. SANDS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6115. REILLY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–6120. LANGE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.